# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 1:15-cv-01170-AWI-BAM (PC) <br><br> ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(g), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT <br><br> (ECF Nos. 1 and 2) |

Plaintiff Victor Charles Fourstar, Jr., #07418-046, ("Plaintiff"), a federal prisoner proceeding pro se, filed this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), on July 28, 2015.  Plaintiff seeks leave to proceed in forma pauperis in this case pursuant to the imminent danger exception to 28 U.S.C. § 1915(g).  (ECF No. 2.)

As Plaintiff concedes, he is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1] The Court has reviewed Plaintiff's complaint and his

---

[1] The Court takes judicial notice of the following United States District Court cases: Fourstar v. Garden City Group, Case No. 1:15-mc-0076, 2015 WL 301217, *1 (D.D.C. Jan. 22, 2015) (finding plaintiff had three strikes for purposes of 1915(g)) and Fourstar v. Costell, Case No. 14-cv-00957-NJR, 2014 WL 4826753, *1 (S.D. Ill. Sept. 29, 2014) (same).  In Costell, the district court took judicial notice of the following: Fourstar v. Ness, Case No. CV-05-

allegations do not satisfy the imminent danger exception to section 1915(g).  Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007).

Plaintiff is currently housed at the Federal Correctional Institution in Marianna, Florida. Plaintiff's complaint concerns events that occurred while he was housed at the United States Penitentiary in Atwater, California.[2]  In his complaint, Plaintiff alleges that on March 20, 2015, Dr. Andrew Pecaros failed to perform required orthopedic knee surgeries, failed to provide a CT-Scan for a November 2013 head injury, and failed to provide required dental care for Plaintiff's front upper tooth and lower back tooth.  Plaintiff further alleges that on June 24, 2014, Physician Assistant Anne Egan failed to provide Plaintiff with required orthopedic knee surgeries, failed to provide a CT-Scan for a November 2013 head injury, and failed to provide dental care for Plaintiff's front upper tooth and lower back tooth.  Additionally, Plaintiff alleges that on June 24, 2014, an unknown psychologist failed to provide Plaintiff with required mental health services during Plaintiff's one year of detention in an isolation unit.  (ECF No. 1.)  In his application to proceed in forma pauperis, Plaintiff contends that he is under imminent danger of serious physical injury at FCI Marianna because he has received no medical care of his knees from mid-2011 through the present or for his front upper tooth and lower back wisdom tooth, which is reportedly abscessed.  (ECF No. 1, p. 7.)

Plaintiff's allegations do not demonstrate that he is under imminent danger of serious physical injury.  Indeed, Plaintiff's allegations do not suggest that he is in any imminent danger from the prison employees identified in his complaint as he is no longer housed at the United States Penitentiary, Atwater.  Further, Plaintiff's knees and teeth reportedly have been an issue since at least June 2014, which belies any assertion of imminent danger more than a year later. Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate this action against personnel at the United States Penitentiary, Atwater.

---

108-SHE (D. Mont.) (dismissed April 26, 2006); Fourstar v. Murlak, Case No. CV-07-5892-ODW-SS, 2010 WL 2163993, *1) (C.D. Cal. May 26, 2010) (action dismissed for frivolousness and failure to state a claim); and Fourstar v. Zemyan, Case No. 2:06-cv-03774-UA-RZ (C.D. Cal.) (dismissed Aug. 26, 2008).

[2] To the extent Plaintiff is pursuing this action against the United States of America as the sole defendant, he may not do so. A Bivens claim is not available against the United States.  FDIC v. Meyer, 510 U.S. 471, 486 (1994); Cato v. United States, 70 F.3d 1103, 1110 (9th Cir. 1995).

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   August 3, 2015                              _____
                                                              SENIOR DISTRICT JUDGE